Robert H. Panman (SBN 198411)
  rpanman@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant Daniel Y. Agari

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Daniel Y. Agari; Joginder Singh; and DOES 1-10,<br><br>          Defendants. | CASE NO. 2:14-CV-02453-MCE-CKD<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DANIEL Y. AGARI TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court is in receipt of the partie's Stipulation for Extending Time for Defendant Daniel Y. Agari to Respond to Plaintiff's Complaint.

///
///
///
///
///
///
///
///
///

1  Good cause appearing therefor, IT IS HEREBY ORDERED that the time for defendant
2  Daniel Y. Agari to respond to the Complaint in the above captioned matter is extended for a
3  period of twenty (20) days, up to and including December 14, 2014, to allow the Defendant
4  and newly appointed counsel to become acquainted with the allegations of the complaint and
5  respond accordingly.
6        IT IS SO ORDERED.
7  Dated: November 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT