Robert H. Panman (SBN 198411)
    rpanman@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendant Daniel Y. Agari

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>    vs.<br><br>Daniel Y. Agari; Joginder Singh; and DOES 1-10,<br><br>            Defendants. | CASE NO. 2:14-CV-02453-MCE-CKD<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DANIEL Y. AGARI TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties Joint Stipulation for Extending Time for Defendant Daniel Y. Agari to Respond to Plaintiff's Complaint having been received, and good cause appearing therefor;

///
///
///
///
///
///
///
///

1   It is hereby ordered that the time for Defendants to respond to the Complaint may be
2  extended for an additional period of 30 days, up through and including January 14, 2015, as it
3  is anticipated that all matters associated with the above entitled litigation will reach their final
4  disposition within said time period (obviating the need for a formal appearance).

5   IT IS SO ORDERED.

6  Dated:  December 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, California 90017-4613.

On December 15, 2014, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT DANIEL Y. AGARI TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action.

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Eastern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 15, 2014, at Los Angeles, California.

Michelle L. Fisher