UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:14-CV-02453-MCE-CKD |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |
| v. | |
| DANIEL Y. AGARI; JOGINDER SINGH; and Does 1-10, | |
| Defendants. | |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Stipulation for Dismissal within 45 days.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT