# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL Y. AGARI; JOGINDER SINGH; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-02453-MCE-CKD<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON |

**ORDER**

　　Pursuant to the parties' stipulation, the Complaint and Cross-Claim in the above entitled matter are hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT